UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. BUNN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SOTO,<br><br>　　　　　Respondent. | No. 2:15-cv-1757 AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se who has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis. Petitioner has consented to the jurisdiction of the undersigned United States Magistrate Judge for all purposes, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c). See ECF No. 4.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis, ECF No. 5, is granted. See 28 U.S.C. § 1915(a).

Under Rule 4 of the Rules Governing Section 2254 Cases, the court is required to conduct a preliminary review of all petitions for writ of habeas corpus filed by state prisoners. Pursuant to Rule 4, this court must summarily dismiss a petition if it "plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

1

1       Review of the instant petition indicates that petitioner's claim is limited to a request that
2   he obtain a free copy of his state court records pertaining to his underlying conviction and appeal.
3   See ECF No. 1 at 3, 6-10.
4       This court may entertain an application for writ of habeas corpus by a state prisoner only
5   on the ground that he is in custody in violation of federal law. See 28 U.S.C. § 2254(a). Because
6   the petition fails to allege that petitioner is in custody in violation of federal law, based on a
7   challenge to his underlying conviction or sentence, a writ of habeas corpus cannot issue in this
8   action. Therefore, petitioner's habeas petition must be summarily dismissed.
9       Accordingly, IT IS HEREBY ORDERED that:
10      1. Petitioner's request for leave to proceed in forma pauperis, ECF No. 5, is granted;
11      2. The petition for writ of habeas corpus, ECF No. 1, is dismissed;
12      3. This case is closed; and
13      4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. §
14  2253.
15  DATED: September 21, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE